Case 7:19-mj-00998   Document 1   Filed on 05/01/19 in TXSD   Page 1 of 2
United States District Court
Southern District Of Texas
FILED

MAY 1 2019

David J. Bradley, Clerk

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. M-19-0998-M |
| | ) | |
| Angel DeJesus Torres | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 05/01/2019 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A (a)(2)(A) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See Attachment A

[X] Continued on the attached sheet.

Approved AUSA Steven Belt
SBelt 5/1/19

Sworn to before me and signed in my presence.

5/1/19
Date

McAllen, Texas
*City and State*

_____
*Complainant's Signature*

Scott McIver    Special Agent
*Printed name and title*

_____
*Judge's signature*

Hon. J. Scott Hacker    U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT "A"

On October 26, 2018, Homeland Security Investigations (HSI) Rio Grande Valley Child Exploitation Investigations Task Force (RGV CEITF) Special Agent (SA) Joseph Baker began an internet investigation to identify persons using peer-to-peer (P2P) software on the internet to traffic in child pornography. SA Baker identified a computer, located at internet protocol (IP) address 24.175.83.99, offering to participate in the distribution of images and videos of child pornography. Several videos were reviewed as representative samples, and they met the federal definition of child pornography. Subsequent investigation revealed that IP address 24.175.83.99 was utilized from the residence located at 715 South Salinas Boulevard, Donna, TX.

On Wednesday, May 1, 2019, the HSI RGV CEITF executed a residential search warrant at 715 South Salinas Boulevard, Donna, TX. The search warrant was executed without incident and resulted in the seizure of two (2) cell phones.

One of the occupants of the residence, Angel DeJesus TORRES (DOB 01/01/1992), agreed to accompany agents to the HSI McAllen office for an interview. During a post-Miranda interview, TORRES admitted to downloading, receiving and possessing child pornography frequently for approximately 12 years. Further, TORRES admitted to recently receiving and possessing child pornography on his LG cell phone, which he later told agents was hidden in a pillow case on his bed.

A forensic analysis yielded multiple image and video files of child pornography from the LG cell phone, which TORRES admitted to downloading and receiving from multiple individuals. TORRES also stated he was aware that it is illegal to download, receive and possess child pornography.

Assistant United States Attorney's Andrew Henning and Steven Belt were briefed, and Federal Prosecution was accepted.